Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WOODS,<br><br>            Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  09-CV-00328-JAM-EFB<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

    Plaintiff, CHRIS WOODS, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 4, 2009.  NCO filed its responsive pleading on March 9, 2009.  CHRIS WOODS filed a Notice of Acceptance of Offer of Judgment on May 7, 2009.  Prior to the Court entering judgment pursuant to the offer of judgment, the parties resolved the action in its entirety and filed a Notice of Settlement on May 20,

PDF created with pdfFactory trial version www.pdffactory.com

2009. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/5/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 6/5/09          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Chris Woods

IT IS SO ORDERED.

Dated:  June 5, 2009                    /s/ John A. Mendez_____
                                        U. S. DISTRICT JUDGE

Stipulation to Dismiss With Prejudice

2

PDF created with pdfFactory trial version www.pdffactory.com